IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TEMETRA ANTONIO WINSTON,** **BOP #17560-003,** | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION NO. 20-0473-CG-N ) |
| **WARDEN, FCI MEMPHIS,** **MEMPHIS, TENNESSEE,** | ) ) ) ) |
| Respondent. | ) |

## <u>ORDER</u>

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 7) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated November 16, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Temetra Antonio Winston's operative petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 3) is **DISMISSED without prejudice** for lack of subject-matter jurisdiction. The Court also certifies that any appeal by Winston of the dismissal of the present habeas petition would be without merit and therefore not taken in good faith. Thus, Winston is not entitled to proceed *in forma pauperis* on appeal of this judgment.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the 14th day of December, 2020.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE