# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| TEMETRA ANTONIO WINSTON, BOP #17560-003, | ) ) ) | |
| Petitioner, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. 20-0473-CG-N |
| WARDEN, FCI MEMPHIS, MEMPHIS, TENNESSEE, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered on this date adopting the recommendations of the Magistrate Judge, it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Temetra Antonio Winston, such that this action under 28 U.S.C. § 2241 is **DISMISSED without prejudice**.

**DONE** and **ORDERED** this the 14th day of December, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE